Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Gang Wu, a native and citizen of China, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence findings of fact, *Li v. Ashcroft*, 378 F.3d 959, 962 (9th Cir.2004), and we deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on the omission from Wu's second asylum application of the hunger strike which took place during his third detention. *See id.* Wu failed to adequately explain this discrepancy when given the opportunity and it goes to the heart of his claim. *See Chebchoub v. INS*, 257 F.3d 1038, 1043 (9th Cir.2001). Because the IJ had reason to question Wu's credibility, the IJ reasonably took into account Wu's failure to provide corroborating evidence in support of his claim of persecution. *See*

*Sidhu v. INS*, 220 F.3d 1085, 1091–92 (9th Cir.2000). Accordingly, Wu's asylum and withholding of removal claims fail. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir.2003).

Finally, because Wu's CAT claim is based on the same statements the agency found not credible, and he does not point to other evidence to show it is more likely than not he would be tortured if returned to China, substantial evidence supports the agency's denial of CAT relief. *See id.* at 1156–57.

**PETITION FOR REVIEW DENIED.**

**Frank Marvin PHILLIPS, Plaintiff—Appellant,**

v.

**Lynn HUST, Defendant—Appellee.**

No. 07–36082.

United States Court of Appeals, Ninth Circuit.

Dec. 2, 2009.

Frank Marvin Phillips, MCJ–Marion County Jail, Salem, OR, for Plaintiff–Appellant.

Richard W. Wasserman Fax 503, AGOR–Office of the Oregon Attorney General, Salem, OR, for Defendant–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: D.W. NELSON, O'SCANNLAIN, and THOMAS, Circuit Judges.*

MEMORANDUM **

In light of our concurrently filed opinion in *Phillips v. Hust,* 588 F.3d 652 (9th Cir.2009), this appeal is DISMISSED as moot.